United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Farouk Morales, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INISER Instituto Nicaraguense de Seguros y Reaseguros, Gobierno de la Republica de Nicaragua, Transatlantic Reinsurance Company, Defendants. | ) Civil Action No. 18-cv-23396-Civ-Scola ) |

## Order Requiring Amended Complaint

Federal courts are obligated to conduct a preliminary examination of the record to determine that jurisdiction exists. *Kelly v. Harris*, 331 F.3d 817, 819 (11th Cir. 2003). "Federal courts are courts of limited jurisdiction" and "plaintiff['s] bear[] the burden of establishing subject matter jurisdiction." *Ishler v. I.R.S.*, 237 F. App'x 394, 395 (11th Cir. 2007). In reviewing the record, the Court is uncertain whether it has subject matter jurisdiction over this action.

The Complaint asserts subject matter jurisdiction under 28 U.S.C. §§ 1331, 1361. (ECF No. 1 at 2.) Federal question jurisdiction under section 1331 exists over "all civil actions arising under the Constitution, laws, or treaties of the United States." Section 1361 creates original jurisdiction in federal courts over "any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

No officer, employee or agency of the United States is a defendant to this action, and the Complaint does not seek mandamus. Rather, the Plaintiff is asserting three claims under Florida law. (ECF No. 1 at 6-10.) Those claims do not invoke the Court's jurisdiction under section 1331 or 1361. Thus, the Plaintiff has not met his burden of establishing federal jurisdiction.

Accordingly, the Plaintiff must file an amended complaint which adequately alleges federal subject matter jurisdiction by **September 17, 2018**. If the Plaintiff fails to file an amended complaint by that date or the amended complaint fails to establish the existence of federal jurisdiction, the Court will dismiss this case due to lack of subject-matter jurisdiction.

**Done and ordered**, at Miami, Florida, on September 10, 2018.

_____
Robert N. Scola, Jr.
United States District Judge